# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

---

No. 1,960.—STATE Respondent, *v.* STICKNEY, Appellant.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

On motion to dismiss appeal.

Decided October 6, 1903.

Per Curiam.—Upon motion of the respondent this appeal is hereby dismissed without prejudice. Mr. Justice Milburn dissents to that part of the order which dismisses the appeal.

*Messrs. Downing & Stephenson,* for Appellant.

*Mr. James Donovan, Attorney General,* for the State.